# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELLA SOSA, | 1:13-cv-02027-AWI-GSA |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| COUNTY OF FRESNO, | (Doc. 17) |
| Defendant. | |
| _____/ | |

On December 20, 2013, County of Fresno ("Defendant"), filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing before this Court on Monday, February 3, 2014 at 1:30 p.m.. Plaintiff, Marisella Sosa, filed an opposition on January 20, 2014. Defendant replied on January 22, 2014.

Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of February 3, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

1

IT IS SO ORDERED.

Dated:   January 31, 2014

SENIOR DISTRICT JUDGE